UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

FILED
APR 22 2021
U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>CODY PFETTSCHER<br><br>        Defendant. | )<br>)<br>)<br>)  Cause No. 3:21-cr 12-RLY-MPB<br>)<br>)<br>)<br>)<br>) |

## **INDICTMENT**

The Grand Jury charges that:

### COUNT 1
21 U.S.C. § 841(a)(1)
Possession with Intent to Distribute Methamphetamine

On or about March 4, 2021, in the Southern District of Indiana, CODY PFETTSCHER, the defendant herein, did knowingly possess with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Non-Narcotic Controlled Substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### COUNT 2
18 U.S.C. § 924(c)
Carrying a Firearm During and in Relation to a Drug Trafficking Crime

On or about March 4, 2021, in the Southern District of Indiana, CODY PFETTSCHER, the defendant herein, did knowingly carry a firearm, that is, a Taurus G2C 9mm pistol, bearing serial number TLX74554, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit: possession with intent to distribute a mixture

containing a detectable amount of methamphetamine, a Schedule II Non-Narcotic Controlled Substance, as charged in Count 1 of this Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

COUNT 3
18 U.S.C. § 922(g)(1)
Possession of a Firearm by a Felon

On or about March 4, 2021, in the Southern District of Indiana, CODY PFETTSCHER, the defendant herein, did knowingly possess in commerce and affecting commerce a firearm, to wit: a Taurus G2C 9mm pistol, bearing serial number TLX74554, after knowingly having been convicted of a crime punishable by imprisonment for a term exceeding one year, including the offense of Felony Theft, in Warrick County, Indiana, under Cause Number 87D02-1801-F6-000012, on or about April 18, 2019.

In violation of Title 18, United States Code, Section 922(g)(1).

**FORFEITURE**

1. Pursuant to Federal Rule of Criminal Procedure 32.2, the United States hereby gives the defendant notice that the United States will seek forfeiture of property, criminally and/or civilly, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c), as part of any sentence imposed.

2. Pursuant to Title 21, United States Code, Section 853, if convicted of the offense set forth in Count 1 of this Indictment, the named defendant shall forfeit to the United States any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the offense, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offense.

3. Pursuant to Title 18, United States Code, Section 924(d), if convicted of the offense set forth in Count 2 and/or Count 3 of this Indictment, the defendant shall forfeit to the United States "[a]ny firearm or ammunition involved in or used in" the offense.

4. The property subject to forfeiture includes, but is not necessarily limited to, the following:

    a. one Taurus G2C 9mm pistol, bearing serial number TLX74554;

    b. all ammunition recovered with the firearm; and

    c. $445 in United States currency.

5. The United States shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), and as incorporated by Title 28, United States Code, Section 2461(c), if any of the property described above in paragraph 4, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property, which cannot be divided without difficulty.

6. In addition, the United States may seek civil forfeiture of the property described above in paragraph 4 pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 881(a), and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

JOHN E. CHILDRESS
Acting United States Attorney

By: _____
Kristian R. Mukoski
Assistant United States Attorney