UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO. 3:21-cr-00011-RLY-MPB |
| | ) | 3:21-cr-00012-RLY-MPB |
| CODY PFETTSCHER, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR PRELIMINARY ORDER OF FORFEITURE**

The United States of America, by counsel, Zachary A. Myers, United States Attorney for the Southern District of Indiana, and Kristian R. Mukoski, Assistant United States Attorney, respectfully moves for a Preliminary Order of Forfeiture in the above cause of action, and in support thereof presents to the Court the following facts:

1. On April 22, 2021, an Indictment was filed charging the Defendant, Cody Pfettscher, with possession of a firearm by an unlawful user of a controlled substance, in violation of 18 U.S.C. § 922(g)(3) (Count One) and possession of an unregistered firearm, in violation of 26 U.S.C. § 5861(d) (Count Two).   Dkt. 1, Cause No. 3:21-cr-00011-RLY-MPB.

2. On April 22, 2021, a second Indictment was filed charging the Defendant, Cody Pfettscher, with possession with intent to distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1) (Count One); carrying a firearm during and in relation to a drug trafficking crime, in violation of 18 U.S.C. § 924(c) (Count Two); and possession of a firearm by a felon, in violation of 18 U.S.C. § 922(g)(1) (Count Three).   Dkt. 1, Cause No. 3:21-cr-00012-RLY-MPB.

2. The Indictments notified the Defendant of the United States' intent to pursue forfeiture of "any firearm or ammunition involved in or used in" the offense(s), pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).   Dkt. 1, Cause Nos. 3:21-cr-00011-RLY-MPB and 3:21-cr-00012-RLY-MPB.

3. On February 2, 2022, a plea agreement was filed wherein the Defendant agreed to plead guilty to Counts One and Two of the Indictment, that of possession of a firearm by an unlawful user of a controlled substance, in violation of 18 U.S.C. § 922(g)(3) and possession of an unregistered firearm, in violation of 26 U.S.C. § 5861(d).   Dkt. 24, Cause No. 3:21-cr-00011-RLY-MPB.

4. On February 2, 2022, a plea agreement was filed wherein the Defendant agreed to plead guilty to Counts One and Two of the second Indictment, that of possession with intent to distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1) (Count One); and carrying a firearm during and in relation to a drug trafficking crime, in violation of 18 U.S.C. § 924(c) (Count Two).   Dkt. 24, Cause No. 3:21-cr-00012-RLY-MPB.

5. As part of the plea agreement, the Defendant understands that any forfeiture order entered by the court is mandatory and is a part of Defendant's sentence. Defendant stipulates and agrees to the immediate entry of a Preliminary Order of Forfeiture, pursuant to Federal Rule of Criminal Procedure 32.2(b)(2), against Defendant, directly forfeiting each of the following property items, which the parties stipulate and agree constitute property items that Defendant used or intended to be used to commit or to facilitate the commission of the offense of conviction and are therefore forfeitable under Title 18, United States Code, Section 924(d).   The property seized, and to which the Defendant consented to forfeiture, includes:

> one Ruger LCP .380 caliber semi-automatic pistol, SN:   371145002 (Asset Identification Number:   22-ATF-012055);

   3D printed, pink in color, .22 caliber smooth-bore pistol, no serial number (Asset Identification Number: 22-ATF-021048);

   3D printed, pink/white in color, .22 caliber smooth-bore pistol, no serial number(Asset Identification Number: 22-ATF-021049);

   3D printed, black/red in color, .22 caliber smooth-bore pistol, no serial number(Asset Identification Number: 22-ATF-021050);

   3D printed, black/purple m color, .22 caliber smooth-bore pistol, no serial number(Asset Identification Number: 22-ATF-021051);

   HPAC model 2000-4l6DX laptop/notebook computer, SN: 5CB20202SY (Asset Identification Number: 22-ATF-021052);

   COPQ model CO56-2I9VM laptop/notebook computer, SN: CNF050950Z (Asset Identification Number: 22-ATF-021053);

   white 3D printer, SN: 3DPO1-PUS5-TH-48F0232 (Asset Identification Number: 22-ATF-021054);

   Taurus G2C 9mm pistol, bearing serial number TLX74554 (Asset Identification Number: 21-ATF-018604);

   all ammunition recovered with the firearms (Asset Identification Number: 21-ATF-018605 and 21-ATF-018606); and

   $445 in United States currency[1]

   (Subject Property)

  6. The Court scheduled the plea and sentencing hearing for May 10, 2022. Dkt. 35, Cause No. 3:21-cr-00011-RLY-MPB and Dkt. 34, Cause No. 3:21-cr-00012-RLY-MPB.

  7. Federal Rule of Criminal Procedure 32.2(b) provides that as soon as practicable after accepting a plea of guilty, or a finding of guilt by a jury, the Court shall determine what property is subject to forfeiture and promptly enter a preliminary order of forfeiture directing the forfeiture of specific property without regard to any third party's interest in all or part of it.

---

[1] $445 U.S. Currency was forfeited through local law enforcement procedures.

8.     Upon issuance of a Preliminary Order of Forfeiture, the United States, pursuant to 21 U.S.C. § 853(n), will post notice of the Court's Order and the United States' intent to dispose of the property described above in paragraph five, and will provide notice directly to any third parties known to have alleged an interest in this property.

WHEREFORE, the United States respectfully requests that this Court enter a Preliminary Order of Forfeiture forfeiting Cody Pfettscher's interest in the Subject Property, as described in paragraph four above, to the United States, and ordering the United States to seize the property and dispose of it in accordance with the law.

Respectfully submitted,

ZACHARY A. MYERS
United States Attorney

By:   s/  Kristian R. Mukoski
Kristian R. Mukoski
Assistant United States Attorney
Office of the United States Attorney
101 NW Martin Luther King, Jr. Blvd., Suite 250
Evansville, Indiana 47708
Telephone: (812) 465-6475
Fax: (812) 465-6444
E-mail: kristian.mukoski@usdoj.gov

## CERTIFICATE OF SERVICE

  I hereby certify that on May 9, 2022, a copy of the foregoing Motion for Preliminary Order of Forfeiture was filed electronically.   Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system

              s/   Kristian R. Mukoski
              Kristian R. Mukoski
              Assistant United States Attorney
              Office of the United States Attorney
              101 NW Martin Luther King, Jr. Blvd., Suite 250
              Evansville, Indiana 47708
              Telephone: (812) 465-6475
              Fax: (812) 465-6444
              E-mail: kristian.mukoski@usdoj.gov